IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wolak, Anna | Case Number: 07 B 20642 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 11/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 12, 2008
Confirmed: January 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,197.20 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,126.92 |
| Trustee Fee: | | 70.28 |
| Other Funds: | | 0.00 |
| Totals: | 1,197.20 | 1,197.20 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,000.00 | 1,126.92 |
| 2. | Kincora Condominium Association | Secured | 4,600.24 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 123.35 | 0.00 |
| 4. | Illinois Dept of Revenue | Unsecured | 2.64 | 0.00 |
| 5. | James Hogg | Unsecured | 10.11 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 81.11 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 80.51 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 393.60 | 0.00 |
| 9. | Wells Fargo Financial Bank | Unsecured | 390.43 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 95.18 | 0.00 |
| 11. | Capital One | Unsecured | 153.03 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 27.41 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 80.20 | 0.00 |
| 14. | Bass & Associates | Unsecured | 52.83 | 0.00 |
| 15. | World Financial Network Nat'l | Unsecured | 40.31 | 0.00 |
| 16. | Cook County Treasurer | Secured | | No Claim Filed |
| 17. | Prospect Federal | Secured | | No Claim Filed |
| 18. | Prospect Federal | Secured | | No Claim Filed |
| 19. | CCA | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 21. | Citibank | Unsecured | | No Claim Filed |
| 22. | Harris & Harris | Unsecured | | No Claim Filed |
| 23. | Caris Diagnostics | Unsecured | | No Claim Filed |
| 24. | Oak Lawn Endoscopy | Unsecured | | No Claim Filed |
| 25. | Oaklawn Radiologist | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Wolak, Anna | Case Number: 07 B 20642 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 11/5/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Lou Harris | Unsecured | | No Claim Filed |
| 27. | Southwest Center For Gastroenterolo | Unsecured | | No Claim Filed |
| 28. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 29. | Lou Harris | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,130.95 | $ 1,126.92 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 37.00 |
| 6.5% | 33.28 |
|  | _____ |
|  | $ 70.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____